# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JUSTICE ALTON-JAMES NALL,<br>            Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>            Respondent. | No. 84358 |

**FILED**

MAR 25 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on January 19, 2018. Appellant did not file the notice of appeal, however, until March 7, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

---

[1]A postconviction petition for a writ of habeas corpus was denied on February 3, 2022. However, that order was not designated in the notice of appeal. *See* NRAP 3(c)(1)(B) (requiring a notice of appeal to "designate the judgment, order or part thereof being appealed").

SUPREME COURT
OF
NEVADA

(O) 1947A

22-09322

cc:    Chief Judge, Eighth Judicial District Court
        Eighth Judicial District Court, Department 17
        Justice Alton-James Nall
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk